IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

RECEIVED
2017 AUG 22  P 4: 46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CORAL RIDGE MINISTRIES MEDIA, INC. d/b/a D. James Kennedy Ministries | ) ) ) |
| Plaintiff, | ) Civil Action No.: 2:17-cv-566-MHT ) |
| v. | ) ) |
| AMAZON.COM, INC., AMAZONSMILE FOUNDATION, INC., SOUTHERN POVERTY LAW CENTER, INC., and GUIDESTAR USA, INC., | ) JURY TRIAL REQUESTED ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

**COMES NOW** CORAL RIDGE MINISTRIES MEDIA, INC., d/b/a D. James Kennedy Ministries, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and makes this corporate disclosure statement.

Coral Ridge Ministries Media, Inc. is a Florida not for profit corporation and is tax-exempt, pursuant to IRC 501(c)(3). As such, Coral Ridge Ministries Media, Inc. has no parent company and no corporation owns 10% or more of its stock.

1

Respectfully submitted,

/s/ David C. Gibbs III
David C. Gibbs III, Esq.
Fla. Bar No. 0992062
The National Center for
Life and Liberty, Inc.
2648 FM 407, Suite 240
Bartonville, TX 76226
Telephone: (727) 362-3700
Facsimile: (727) 398-3907
Email: dgibbs@gibbsfirm.com