IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CORAL RIDGE MINISTRIES      )
MEDIA, INC., d/b/a D.        )
James Kennedy Ministries,    )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )          2:17cv566-MHT
                             )
AMAZON.COM, INC., et al.,    )
                             )
     Defendants.             )
```

ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C. § 636, this case is referred to the Honorable David A. Baker, United States Magistrate Judge, for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 24th day of August, 2017.

_/s/ Myron H. Thompson_
UNITED STATES DISTRICT JUDGE