# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| CORAL RIDGE MINISTRIES MEDIA, INC., d/b/a D. JAMES KENNEDY MINISTRIES, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZONSMILE FOUNDATION, INC., SOUTHERN POVERTY LAW CENTER, INC., AND GUIDESTAR USA, INC. <br><br> Defendants. | Civil Action No. 2:17-cv-566-MHT- DAB <br><br> UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

## DEFENDANTS AMAZON.COM, INC.'S AND AMAZONSMILE FOUNDATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants Amazon.com, Inc., and AmazonSmile Foundation, incorrectly named as AmazonSmile Foundation, Inc. ("Amazon Defendants"), move the Court for an extension of time, <u>until October 16, 2017</u>, to answer or otherwise respond to the Complaint of Plaintiff Coral Ridge Ministries Media, Inc.  In support of this Motion, the Amazon Defendants state:

1.     On August 22, 2017, Plaintiff filed its Complaint ("Complaint"). [Doc. 1].

1

2. Plaintiff served the Amazon Defendants on August 28, 2017, meaning that under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the Amazon Defendants must respond to the Complaint no later than September 18, 2017. [Docs. 7-8].

3. The Amazon Defendants are reviewing and investigating the allegations of Plaintiff's Complaint, and respectfully ask the Court for an additional three weeks to respond to the Complaint, until October 16, 2017.

4. Counsel for Plaintiff has told counsel for the Amazon Defendants that Plaintiff does not object to the proposed extension.

6. The Amazon Defendants have not previously sought or obtained an extension to respond to the Complaint, and do not seek this extension for purposes of undue delay.

7. The proposed extension will not prejudice any party.

8. Accordingly, for good cause shown, the Amazon Defendants request that the Court extend their deadline to answer or otherwise respond to Plaintiff's Complaint until October 16, 2017.

/s/ R. Ashby Pate
Counsel for Defendants Amazon.com, Inc., and AmazonSmile Foundation

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
hprater@lightfootlaw.com
R. Ashby Pate (PAT077)
apate@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700

## CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of September, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Alabama, which will automatically serve upon all counsel of record a copy thereof.

                                  /s/ R. Ashby Pate
                                  Of Counsel