IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| CORAL RIDGE MINISTRIES MEDIA, INC., d/b/a D. James Kennedy Ministries, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br> AMAZONSMILE FOUNDATION, INC., <br> SOUTHERN POVERTY LAW CENTER, INC., <br> and GUIDESTAR USA, INC., <br><br> Defendants. | Civil Action No.: 2:17-cv-566-MHT-DAB |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure, CORAL RIDGE MINISTRIES MEDIA, INC., d/b/a D. James Kennedy Ministries and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed with respect to GUIDESTAR USA, INC., without prejudice.

Respectfully submitted,

/s/ David C. Gibbs III          .                  Date: September 28, 2017
David C. Gibbs III, Esq.
Fla. Bar No. 0992062
The National Center for
Life and Liberty, Inc.
2648 FM 407, Suite 240
Bartonville, TX 76226
Telephone: (727) 362-3700
Facsimile: (727) 398-3907
Email: dgibbs@gibbsfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to all counsel of record.

/s/ David C. Gibbs III    .
David C. Gibbs III, Esq.
Fla. Bar No. 0992062
The National Center for
Life and Liberty, Inc.
2648 FM 407, Suite 240
Bartonville, TX 76226
Telephone: (727) 362-3700
Facsimile: (727) 398-3907
Email: dgibbs@gibbsfirm.com