IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CORAL RIDGE MINISTRIES MEDIA, INC., d/b/a D. James Kennedy Ministries, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:17cv566-MHT (WO) |
| AMAZON.COM, INC., et al., | ) ) | |
| Defendants. | ) | |

**JUDGMENT**

Upon consideration of plaintiff's notice of dismissal (doc. no. 13) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of defendant Guidestar USA, Inc., it is ORDERED that:

(1) All claims against defendant Guidestar USA, Inc., are dismissed without prejudice, and Guidestar USA, Inc. is terminated as a party to this action.

(2) defendant Guidestar USA, Inc.'s motion to dismiss (doc. no. 21) is denied as moot.

DONE, this the 29th day of September, 2017.

                                                  /s/ Myron H. Thompson
                                            **UNITED STATES DISTRICT JUDGE**