**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **CORAL RIDGE MINISTRIES MEDIA, INC., d/b/a D. JAMES KENNEDY MINISTRIES,** | ) ) ) ) | |
| **Plaintiff,** | ) ) ) | **2:17-cv-566-MHT- DAB** |
| **v.** | ) ) | |
| **AMAZON.COM, INC.,** *et al.* | ) ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court on Defendants' motion to stay discovery. Upon consideration, the motion is **GRANTED IN PART** and it is **ORDERED** that discovery in this matter is stayed pending further order of this court. It is further **ORDERED** that the parties' Rule 26(f) Report shall be due not later than **October 23, 2017**.

**DONE** and **ORDERED** this 13th day of October 2017.

David A. Baker
United States Magistrate Judge