IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CORAL RIDGE MINISTRIES ) <br> MEDIA, INC., d/b/a D. ) <br> James Kennedy Ministries, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> AMAZON.COM, INC., et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 2:17cv566-MHT |

### ORDER

It is ORDERED that the magistrate judge's recommendation (doc. no. 57) is set for oral argument on May 29, 2018, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 15th day of May, 2018.

                                 /s/ Myron H. Thompson  
                                **UNITED STATES DISTRICT JUDGE**