# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CORAL RIDGE MINISTRIES MEDIA, INC., d/b/a D. JAMES KENNEDY MINISTRIES,** )<br>)<br>)<br>) | |
| **Plaintiff,** ) | Civil Case No. **2:17-cv-566** |
| ) | |
| **v.** ) | |
| ) | |
| **AMAZON.COM, INC.,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S RULE 16(a) MOTION FOR CASE STATUS CONFERENCE

Plaintiff, Coral Ridge Ministries Media, Inc., pursuant to the Fed. R. Civ. P. Rule 16(a), hereby moves this Court for a status conference. Plaintiff seeks a status conference, because this matter has been pending before the Court for over one year, since the May 29, 2018 hearing on Magistrate Judge's Recommendation. Prior to filing this Motion, Plaintiff's Counsel communicated with Counsel for the Defendants, who declined to join or agree to this Motion.

1

Respectfully submitted this 10th day of July 2019.

/s/ David C. Gibbs III        .
David C. Gibbs III, Esq.
(*Admitted Pro Hac Vice*)
The National Center for
Life and Liberty, Inc.
2648 FM 407, Suite 240
Bartonville, TX 76226
Telephone: (727) 362-3700
Facsimile: (727) 398-3907
Email: dgibbs@gibbsfirm.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I, David C. Gibbs III, do hereby certify that a true and correct copy of the foregoing has been furnished by the Court's CM/ECF system on the following parties, this 10th day of July 2019.

**Tim Cunningham**
Davis Wright Tremaine LLP
1300 SW 5th Ave – Ste 2400
Portland Oregon 97201
503-241-2300
503778-5200 (fax)
timcunningham@dwt.com

**Harlan Irby Prater, IV**
Lightfoot Franklin & White LLC
400 20th Street North; The Clark Building
Birmingham, AL 35203
205-581-0700
205-581-0799 (fax)
hprater@lightfootlaw.com

2

**Ambika K Doran**
Davis Wright Tremaine LLP
920 Fifth Ave., Suite 3300
Seattle, WA 98104-1610
206-622-3150
206-757-7700 (fax)
ambikadoran@dwt.com

**Shannon Lynn Holliday**
Copland Franco Screws & Gill, PA
PO Box 347
Montgomery, Al 36101-0347
205-581-0775
334-834-3172 (fax)
holliday@copelandfranco.com

**Robert David Segall**
Copland Franco Screws & Gill
P.O. Box 347
Montgomery, Al 36101-0347
334-834-1180
334-834-3172 (fax)
segall@copelandfranco.com

**Robert Ashby Pate**
Lightfoot Franklin & White, LLC
400 20th St N
Birmingham, AL 35203
205-581-00775
205-380-9175 (fax)
apate@lightfootlaw.com

/s/ David C. Gibbs III     .
David C. Gibbs III, Esq.