IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CORAL RIDGE MINISTRIES      )
MEDIA, INC., d/b/a D.       )
James Kennedy Ministries,   )
                            )
    Plaintiff,              )
                            )        CIVIL ACTION NO.
    v.                      )         2:17cv566-MHT
                            )
AMAZON.COM, INC., et al.,   )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motion for status conference (doc. no. 65) is denied as moot. An opinion will issue very shortly.

DONE, this the 23rd day of August, 2019.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**