IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CORAL RIDGE MINISTRIES )
MEDIA, INC., d/b/a D. )
James Kennedy Ministries, )
 )
    Plaintiff, )
 ) CIVIL ACTION NO.
    v. ) 2:17cv566-MHT
 ) (WO)
AMAZON.COM, INC., et al., )
 )
    Defendants. )

## JUDGMENT

In accordance with the opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Coral Ridge Ministries Media, Inc.'s objections (doc. no. 58) are overruled.

(2) The magistrate judge's recommendation (doc. no. 57) is adopted, albeit at times for reasons different from those given by the magistrate judge.

(3) Defendant Southern Poverty Law Center, Inc.'s motion to dismiss (doc. no. 42) is granted.

(4) Defendants Amazon.com, Inc. and AmazonSmile Foundation, Inc.'s motion to dismiss (doc. no. 43) is granted.

(5) This lawsuit is dismissed in its entirety with prejudice.

It is further ORDERED that costs are taxed against plaintiff Coral Ridge Ministries Media, Inc., for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of September, 2019.

                                             /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**