# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| CORAL RIDGE MINISTRIES MEDIA, INC., d/b/a D. JAMES KENNEDY MINISTRIES, | ) ) ) |
| | ) Appellate Case No. |
| Plaintiff-Appellant, | ) ) District Court Case No. 2:17cv566-MHT-DAB |
| v. | ) ) |
| AMAZON.COM, INC., AMAZONSMILE FOUNDATION, AND SOUTHERN POVERTY LAW CENTER, INC., | ) **NOTICE OF APPEAL** ) ) ) |
| Defendants-Appellees. | ) |

Plaintiff Coral Ridge Ministries Media, Inc. d/b/a D. James Kennedy Ministries, gives notice that it is appealing to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered by the District Court on September 19, 2019. The judgment is docket entry 69 and the opinion is docket entry 68.

Respectfully Submitted,

THE NATIONAL CENTER FOR LIFE AND LIBERTY

*/s/David C. Gibbs III*
David C. Gibbs III (Fla. Bar No. 0992062)
2648 FM 407, Suite 240
Bartonville, Texas 76247
Phone:   727-362-3700
Fax:       727-398-3907
dgibbs@gibbsfirm.com

*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I certify that on this 18th day of October 2019, the foregoing *Notice of Appeal* was electronically filed with the Clerk of Courts using the Court's CM/ECF system, thereby providing electronic notice to:

Shannon Holliday, holliday@copelandfranco.com
Robert D. Segall, segall@copelandfranco.com
*Counsel for Southern Poverty Law Institute*

Harlan I. Prater, IV, hprater@lightfootlaw.com
R. Ashby Pate, apate@lightfootlaw.com
*Counsel for Amazon.com, Inc., and AmazonSmile Foundation*

*/s/David C. Gibbs III*
David C. Gibbs III