# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 27, 2022

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Coral Ridge Ministries Media, Inc., dba D. James Kennedy Ministries
           v. Southern Poverty Law Center
           No. 21-802
           (Your No. 19-14125)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.  Justice Thomas, dissenting from the denial of certiorari.

Sincerely,

*Scott S. Harris* (signature)

**Scott S. Harris**, Clerk